AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JORGE AYON-SOSA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08mj8463 08CR2078-LAB

I, JORGE AYON-SOSA , the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Counsel for Defendant

Jorge Ayon Sosa
~~Counsel for~~ Defendant

Before ______________________
Judicial Officer